IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 10-61639 |
| | ) | |
| Paul Faulder | ) | JUDGE |
| Michelle Faulder | ) | |
| | ) | Chapter 13 |
| Debtor (s) | | |

Amendment to Petition Schedules, Creditor Matrix and/or
Statement of Affairs Pursuant to Bankruptcy Rule 1009

The attachments hereto amend the following:

   A    B    C    D    E    F

   G    H    I    J    Matrix

   Chapter 13 plan    Other

Debtor(s) represent that the amendments attached contain full and true statement of facts set forth therein, as required by the provisions of Title 11 U.S.C. and Bankruptcy Rules relating to the debtor.

    Debtor(s), Paul and Michelle Faulder, certifies under penalty of perjury that the forgoing is true and correct.

Executed on: 11/8/10                                          /s/ Paul Faulder
                                                                              Signature of Debtor

                                                                              /s/ Michelle Faulder
                                                                              Signature of Debtor

**CERTIFICATE OF SERVICE**

Pursuant to Bankruptcy Rule 1009, I certify that a copy of this amendment, together with a copy of the 341 Notice Meeting of Creditors, was sent to each additional creditor, at the address listed on the amendments, this 8th day of November 2010. A copy was also served electronically upon the United States Trustee and Frank Pees, Trustee and the following list by regular US Postal mail:

                                                                              /s/ Michael Ryan Jones
                                                                              Signature of Attorney

Creditor:

Indy Mac
PO Box 78826
Phoenix AZ 85062-8826