IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | CASE NO: 10-61639 |
|    Paul Faulder ) | |
|    Michelle Faulder ) | JUDGE: Hoffman |
| ) | |
|       Debtor (s) ) | Chapter 13 |

Amendment to Petition Schedules, Creditor Matrix and/or
Statement of Affairs Pursuant to Bankruptcy Rule 1009

The attachments hereto amend the following:

   \_\_A    \_\_B    \_\_\_C    \_\_\_\_D    \_\_\_E    \_\_\_F

   \_\_G    \_\_H    \_\_I    \_\_\_J    \_\_\_\_Matrix

   \_\_\_\_\_Chapter 13 Plan    \_\_\_\_\_Other

Debtor(s) represent that the amendments attached contain full and true statement of facts set forth therein, as required by the provisions of Title 11 U.S.C. and Bankruptcy Rules relating to the debtor.
    Debtor(s) Paul and Michelle Faulder certify under penalty of perjury that the forgoing is true and correct.

Executed on: 12/11/2010                  /s/ Paul Faulder
                                                       Signature of Debtor

                                                         /s/ Michelle Faulder
                                                       Signature of Debtor


**CERTIFICATE OF SERVICE**

Pursuant to Bankruptcy Rule 1009, I certify that a copy of this amendment, together with a copy of the 341 Notice Meeting of Creditors, was sent to each additional creditor, at the address listed on the amendments, this 11th day of December 2010. A copy was also served electronically upon the United States Trustee and Frank Pees, Trustee and the following list by regular US Postal mail:

                                                       /s/ Michael Ryan Jones
                                                     Signature of Attorney

Creditors:

2:10-bk-61639|JS & Associates Appraisal Services, LLC |P.O. Box 360713|Columbus, OH 43236-0713

2:10-bk-61639|OneWest Bank, FSB

2:10-bk-61639| |United States Bankruptcy Court|170 North High Street|Columbus, OH 43215-2414

2:10-bk-61639|Allied Interstate |3000 Corporate Exchange Dr.|Columbus, OH 43231

2:10-bk-61639|American Infosource Lp As Agent for Wfnnb |As Assignee of|Maurices|PO Box 248872|Oklahoma City OK 731248872

2:10-bk-61639| Asst US Trustee (Col) |Office of the US Trustee|170 North High Street|Suite 200|Columbus, OH 43215

2:10-bk-61639|Best Buy |HSBC Retail Services|PO Box 5238|Carol Stream, IL 60197-5238

2:10-bk-61639|Care Credit |PO Box 960061|Orlando, FL 32896

2:10-bk-61639|Chase |PO Box 15153|Wilmington, DE 19886-5153

2:10-bk-61639|Chase |PO box 15153|Wilmington, DE 19886-5153

2:10-bk-61639|Chase Bank USA, N.A. |PO Box 15145|Wilmington, DE 19850-5145

2:10-bk-61639|Citi Bank |PO Box 182564|Columbus, OH 43218-2564

2:10-bk-61639|Controlled Credit Corp. |P.O. Box 5154|Cincinnati, OH 45205

2:10-bk-61639|Honda Credit Union |PO Box 2290|1919 Torrance Blvd.|Torrance, CA 90509-2290

2:10-bk-61639|Honda Federal Credit Union |17655 Echo Dr|Marysville OH 43040

2:10-bk-61639|Indy Mac |PO Box 78826|Phoenix, AZ 85062-8826

2:10-bk-61639|JS & Associates Appraisal Services, LLC |P.O. Box 360713|Columbus, OH 43236-0713

2:10-bk-61639|Logan View Financial Services |110 Dowell Ave.|Bellefontaine, OH 43311

2:10-bk-61639|Logan View Pediatrics |118 Dowell Ave|Bellefontaine, OH 43311

2:10-bk-61639|Mary Rutan Hospital |205 Palmer Ave.|Bellefontaine, OH 43311

2:10-bk-61639|Maurices |PO Box 659705|San Antonio, TX 78265

2:10-bk-61639|Student Assistance Foundation Of Montana |EdFund|PO Box 419036|Rancho Cordova CA 95741

2:10-bk-61639|Student Assitance Foundation |PO Box 1689|Helena, MT 59624-1689

2:10-bk-61639|TJX |PO Box 15153|Wilmington, DE 19886

2:10-bk-61639|Vantage Sourcing |Po Box 6786|Dothan, AL 36302

2:10-bk-61639|Victoria Secret |PO box 659728|San Antonio, TX 78265-9728

2:10-bk-61639|Village of DeGraff Taxes |107 S. Main St|De Graff, OH 43318

2:10-bk-61639|Wright Patt Credit Union Inc |Attn: Bankruptcy Dept|PO Box 286|Fairborn, OH 45324-0286

2:10-bk-61639|Erin E. Schrader |Rauser & Associates|5 E. Long Street, Suite 300|Columbus, OH 43215

2:10-bk-61639|Frank M Pees |130 East Wilson Bridge Road|Suite 200|Worthington, OH 43085

2:10-bk-61639|Michael Ryan Jones |Rauser & Associates|5 E. Long St., Suite 300|Columbus, OH 43215

2:10-bk-61639|Michelle Faulder |425 Kent Dr.|Apt. 14|Bellefontaine, OH 43311

2:10-bk-61639|Paul Faulder |1220 Cornish Dr.|De Graff, OH 43318